No. 88–1125.   HODGSON ET AL. *v.* MINNESOTA ET AL.; and

No. 88–1309.   MINNESOTA ET AL. *v.* HODGSON ET AL.   C. A. 8th Cir.   [Certiorari granted, 492 U. S. 917.]   Motion of Abortion Rights Council et al. for leave to consider their brief as *amici curiae* filed in No. 88–790, *Turnock, Director of the Illinois Department of Public Health, et al.* v. *Ragsdale et al.* [probable jurisdiction postponed, 492 U. S. 916], and No. 88–805, *Ohio* v. *Akron Center for Reproductive Health et al.* [probable jurisdiction noted, 492 U. S. 916], filed in these cases granted.

No. 88–1597.   BOARD OF EDUCATION OF THE WESTSIDE COMMUNITY SCHOOLS (DIST. 66) ET AL. *v.* MERGENS, BY AND THROUGH HER NEXT FRIEND, MERGENS, ET AL.   C. A. 8th Cir. [Certiorari granted, 492 U. S. 917.]   Motion of the Solicitor General for divided argument granted.

No. 88–1650.   TAFFLIN ET AL. *v.* LEVITT ET AL.   C. A. 4th Cir.   [Certiorari granted in part, 490 U. S. 1089.]   Motion of petitioners for leave to file petition for rehearing of partial denial of petition for writ of certiorari denied.

No. 88–1671.   UNITED STATES DEPARTMENT OF LABOR *v.* TRIPLETT ET AL.; and

No. 88–1688.   COMMITTEE ON LEGAL ETHICS OF THE WEST VIRGINIA STATE BAR *v.* TRIPLETT ET AL.   Sup. Ct. App. W. Va. [Certiorari granted, *ante,* p. 807.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 88–1872.   RUTAN ET AL. *v.* REPUBLICAN PARTY OF ILLINOIS ET AL.; and

No. 88–2074.   FRECH ET AL. *v.* RUTAN ET AL.   C. A. 7th Cir. [Certiorari granted, *ante,* p. 807.]   Motion of petitioners/cross-respondents to dispense with printing the joint appendix granted.

No. 89–459.   DELTA AIR LINES, INC. *v.* ASSOCIATION OF FLIGHT ATTENDANTS, AFL–CIO.   C. A. D. C. Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 89–510.   MEACHUM, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTIONS *v.* ALEXANDER.   C. A. 2d Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.